**LAW OFFICES OF ABRAHAM A. LABBAD**
Abraham A. Labbad, Esq. (SBN 271349)
837 Bethany Rd.
Burbank, CA 91504
Office: (818) 253-1529
Fax: (818) 530-9236
E-Mail: abelabbad@gmail.com
**Specially Appearing and Limited Scope**
**Attorneys for PLAINTIFFS**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS AGAINST CORRUPTION, et al, | Case No.: 1:19-CV-00106-AWI-JLT |
| Plaintiffs, | |
| vs. | PLAINTIFFS' PROOF OF SERVICE (RETURN OF SERVICE) (LOCAL RULE 135 [Fed. R. Civ. P. 5]) |
| COUNTY OF KERN, et al, | |
| Defendants | |

    PLAINTIFFS CITIZENS AGAINST CORRUPTION, ET AL, submit the attached PROOFS OF SERVICE (RETURN OF SERVICE) pursuant to Local Rules of Court, Rule 135(c), to show service upon Defendants of the following documents:

- SUMMONS IN A CIVIL CASE: CASE NO: 1:19−CV−00106−AWI−JLT

- PLAINTIFFS' DUE PROCESS AND EQUAL PROTECTION COMPLAINT
  FOR THE FOLLOWING CAUSES OF ACTION:
  1. VIOLATION OF 42 U.S.C. §1983;
  2. EQUAL PROTECTION VIOLATION, U.S.C. §§ 1981, 1983;
  3. "CLASS OF ONE" EQUAL PROTECTION VIOLATION, U.S.C. §§ 1981, 1983;
  4. DECLARATORY RELIEF
  FOR INJUNCTIVE RELIEF AND DAMAGES

and the also-filed Exhibits, Supporting Declarations, and Order Setting Mandatory Scheduling Conference that was issued by the Court in the above-cited matter, upon the named Defendants

by serving said documents on the Kern County Counsel's Office and the Kern County Risk Management's Office on behalf of the County of Kern and the individual defendants.

    PLEASE NOTE: The Court issued FOUR Summons': each with a different list of Defendants' names. Each 'Return of Service' attached hereto (four-in all -- served on two different Kern County offices) represents service upon Defendants' legal representatives of the four Summons' issued by the Court.

Respectfully submitted,

Dated: January 31, 2019          **LAW OFFICES OF ABRAHAM A. LABBAD**

**ABRAHAM A. LABBAD**
Abraham A. Labbad, Esq.
Specially Appearing and Limited Scope Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CITIZENS AGAINST CORRUPTION , ET AL. ,**

V.                               **SUMMONS IN A CIVIL CASE**

**COUNTY OF KERN , ET AL. ,**

CASE NO: **1:19–CV–00106–AWI–JLT**

TO: **Leticia Perez, Zack Scrivner, Donny Youngblood**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Abraham A. Labbad**
**Law Offices of Abraham A. Labbad**
**837 Bethany Road**
**Burbank, CA 91504**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
CLERK

/s/ **A. Jessen**

(By) DEPUTY CLERK



**ISSUED ON 2019–01–24 14:44:56.0** , Clerk
USDC EDCA

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 01/31/2019 |
| NAME OF SERVER (PRINT) Christian Mitchell | TITLE N/A |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1115 Truxton Ave. 4th floor, Bakersfield, CA 93301

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Jennifer Goburty for Risk Mgt. + County Counsel

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/31/19
              Date

Signature of Server

Address of Server: 727 Kentucky St. #30013, Bakersfield, CA 93305

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 01/31/2019 |
| NAME OF SERVER (PRINT) Christian Mitchell | TITLE N/A |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1115 Truxtun Ave. 5th Floor Bakersfield, CA 93301

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Terry Darouchie

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/31/2019
Date

Signature of Server

Address of Server 727 Kentucky St. #30013 Bakersfield, CA 93308