| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **EASTERN DISTRICT OF CALIFORNIA** | |
| **CITIZENS AGAINST CORRUPTION, an organization; THE GREEN MILE, a California Unincorporated Association; GREEN CROSS OF NORTH BAKERSFIELD, a California Corporation; BIG O RELIEF; a California Corporation; TANNER-VEST, INC., a California Corporation,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**COUNTY OF KERN, a political subdivision of the State of California; KERN COUNTY BOARD OF SUPERVISORS, collectively; LETICIA PEREZ, individually and as Kern County Supervisor; MICK GLEASON, individually and as Kern County Supervisor; DAVID COUCH, individually and as Kern County Supervisor; MIKE MAGGARD, individually and as Kern County Supervisor; ZACK SCRIVNER, individually and as Kern County Supervisor; KERN COUNTY SHERIFF'S DEPARTMENT, collectively; DONNY YOUNGBLOOD, individually and as Kern County Sheriff; KERN COUNTY COUNSEL'S OFFICE, collectively; MARK L. NATIONS, individually and as Kern County Counsel; JAMES BRENNAN, individually and as Deputy Kern County,**<br><br>**Defendants** | **CASE NO. 1:19-CV-0106 AWI GSA JLT**<br><br>**ORDER CLOSING THE CASE** |

Plaintiffs' complaint was dismissed. Plaintiffs were granted leave to amend on some of their claims. The prior order states, "If Plaintiffs wish to proceed with this case in this court, an

amended complaint must be filed by May 31, 2019." Doc. 32, 10:22-23. Plaintiffs have not filed an amended complaint and the deadline has passed.

The clerk's office is directed to close this case.

IT IS SO ORDERED.

Dated:   June 3, 2019                              _____
                                                                  SENIOR DISTRICT JUDGE