# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **CITIZENS AGAINST CORRUPTION, ET AL.,** |  |
|  | CASE NO: **1:19–CV–00106–AWI–JLT** |
| v. |  |
| **COUNTY OF KERN, ET AL.,** |  |

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/4/19**

                                                **Marianne Matherly**
                                                Clerk of Court

    ENTERED: **June 4, 2019**

                                      by: /s/ R. Gonzalez
                                               Deputy Clerk